| | |
|---|---|
| 1 | JAMES J. MCDONALD, JR., Bar No. 150605 |
|   | jmcdonald@laborlawyers.com |
| 2 | SHADIE L. BERENJI, Bar No. 235021 |
|   | sberenji@laborlawyers.com |
| 3 | FISHER & PHILLIPS LLP |
|   | 2050 Main Street, Suite 1000 |
| 4 | Irvine, California 92614 |
|   | Telephone (949) 851-2424 |
| 5 | Facsimile (949) 851-0152 |

JS-6

Attorneys for Defendant Computer Sciences Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANGER ANNAY, | Case No.: SACV08-1294 CJC (MLGx) |
| Plaintiff, | [Removed from the Superior Court of the State of California for the County of Orange, Case No. 30-2008-00113171] |
| vs. | |
| COMPUTER SCIENCES CORPORATION, a Nevada corporation and DOES I through X, inclusive, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND [PROPOSED] ORDER THEREON** |
| Defendants. | |
| | Complaint Filed: October 14, 2008 |
| | Removal Date: November 14, 2008 |
| | Trial Date: None set |

WHEREAS, Plaintiff RANGER AMMAY (erroneously named as "Ranger Annay") and Defendant COMPUTER SCIENCES CORPORATION have resolved the instant litigation by settlement:

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above-entitled action be dismissed <u>with prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

1

**STIPULATION OF DISMISSAL**

IT IS FURTHER STIPULATED THAT all parties agree that this Stipulation may be executed in one or more counterparts, each of which shall be deemed an original and all of which shall constitute one and the same Stipulation.

**IT IS SO STIPULATED.**

Dated: September 18, 2009            BARNES CROSBY
                                     FITZGERALD ZEMAN LLP


                                     _____
                                     By:
                                         WILLIAM M. CROSBY
                                         Attorney for Plaintiff
                                         Ranger Ammay

DATED: September 18, 2009            FISHER & PHILLIPS LLP


                                     By:_____
                                         JAMES J. MCDONALD, JR.
                                         SHADIE L. BERENJI
                                         Attorneys for Defendant
                                         Computer Sciences Corporation,
                                         a Nevada Corporation

## ORDER

Upon review of the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds that good cause exists to dismiss the action.

IT IS HEREBY ORDERED THAT:

This case be dismissed with prejudice.

DATED: _September 24, 2009

_____
Honorable Cormac J. Carney
United States District Judge

2
**STIPULATION OF DISMISSAL**